STATE EX REL. PETILLO *v.* MARION COUNTY CRIMINAL COURT,
DIVISION ONE.

[No. 0-387. Filed September 28, 1954.]

*Kelly Petillo, pro se.*

PER CURIAM—Relator files what he designates as a verified motion to be granted an appeal from the Marion County Criminal Court, Division One, from a judgment entered August 9, 1954, denying his petition for a writ of error *coram nobis* filed in the trial court. Rule 2-40 provides an appeal may be prosecuted in such matters within ninety days after the day of the decision.

If relator has merit to his appeal, and he is a pauper as he alleges, it is the duty of the Public Defender to prosecute it, and the relator should bring the matter to his attention.

The motion is dismissed.

NOTE.—Reported in 121 N. E. 2d 734.